UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY REDMON,

      Plaintiff,                            Civil Action No. 12-CV-15462

vs.                                     HON. BERNARD A. FRIEDMAN

SINAI-GRACE HOSPITAL,

      Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is presently before the Court on defendant's motion for summary judgment [docket entry 14]. Magistrate Judge David R. Grand has submitted a Report and Recommendation ("R&R") in which he recommends that the motion be denied. Neither party has objected to the R&R and the time for doing so has expired. The Court has reviewed defendant's motion, the response and reply briefs, and the R&R and agrees with the magistrate judge that the motion should be denied. Accordingly,

IT IS ORDERED that Magistrate Judge Grand's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is denied.

                                   S/ Bernard A. Friedman_____
Dated: November 4, 2013         BERNARD A. FRIEDMAN
      Detroit, Michigan          SENIOR UNITED STATES DISTRICT JUDGE