UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY REDMON,

    Plaintiff,                                                    Civil Action No. 12-CV-15462

vs.                                                        HON. BERNARD A. FRIEDMAN

SANAI-GRACE HOSPITAL,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND
DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

        This matter is presently before the Court on defendant's motion for summary judgment [docket entry 32] and plaintiff's motion for partial summary judgment [docket entry 28]. Magistrate Judge David R. Grand has submitted a Report and Recommendation ("R&R") in which he recommends that defendant's motion be granted and that plaintiff's motion be denied. Neither party has filed objections to the R&R and the objection period has expired. The Court has reviewed the parties' motions and the R&R and finds the magistrate judge's analysis and recommendation to be correct. Accordingly,

        IT IS ORDERED that Magistrate Judge Grand's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

IT IS FURTHER ORDERED that plaintiff's motion for partial summary judgment is denied.

Dated: April 30, 2014
      Detroit, Michigan

S/ Bernard A. Friedman_____
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE